[No. 1085-1.   Division One—Panel 1.   April 3, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD RAY MILLER, *Appellant*.

[No. 1125-1.   Division One—Panel 1.   April 3, 1972.]

HENRY L. DANIELS et al., *Appellants*, v. WASHINGTON ASPHALT COMPANY et al., *Respondents*.

[No. 968-1.   Division One—Panel 1.   April 10, 1972.]

JAMES L. SIMMONS, *Appellant*, v. WM. H. SIMMONS et al., *Respondents*.

[No. 1130-1.   Division One—Panel 1.   April 10, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL L. BRADLEY, *Appellant*.

[No. 835-1.   Division One—Panel 1.   April 10, 1972.]

DALE A. CROWE, *Appellant*, v. ROTHENBUHLER ENGINEERING et al., *Respondents*.

1016

[No. 1363-1.   Division One—Panel 2.   April 24, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. JANICE
ELIZABETH RANDALL, *Petitioner*.

[No. 678-1.   Division One—Panel 2.   April 24, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. THEODIS
JACKSON, *Appellant*.

[No. 697-1.   Division One—Panel 1.   April 24, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST
GIVRE, *Appellant*.

[No. 855-1.   Division One—Panel 2.   May 1, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE P.
MANN, *Appellant*.